UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL GILLAM

VERSUS

EAST BATON ROUGE DISTRICT ATTORNEY
HILLAR C. MOORE, III, ET AL.

CIVIL ACTION

NO. 09-1013-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 2, 2010 (doc. no. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, this _16th_ day of July, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE